AO 10
Rev. 1/2011

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2010

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| BENNETT, MARK W. | USDC/Northern District of Iowa | 5/12/2011 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Court Judge | ☐ Nomination, Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2010 to 12/31/2010 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 313 United States Courthouse <br> 320 Sixth Street <br> Sioux City, IA 51101 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Bennett, Mark W.

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, MARK W. | 5/12/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2010 | Aspen Publishing | $4,200.00 |
| 2. 2010 | Drake University Law School | $3,700.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | EPLI | 1/24/10-1/26/10 | New York, NY | 15th Annual EPLI Conference | airfare, lodging, meals |
| 2. | International Assoc. of Defense Counsel | 2/14/10-2/16/10 | Naples, FL | IADC 2010 Midyear Meeting | aifare, lodging, meals |
| 3. | Alaska Bar Association | 4/27/10-5/1/10 | Anchorage, AK | Alaska Bar Convention | airfare, lodging, meals |
| 4. | Pacific Coast Labor & Employment Bar | 5/12/10-5/14/10 | Seattle, WA | 43rd Annual Pacific Coast Labor & Employment Law Conf. | airfare, lodging, meals |
| 5. | Marcus Evans Summits | 5/16/10-5/18/10 | Miami, FL | Employment Law Seminar | airfare, lodging, meals |

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, MARK W. | 5/12/2011 |

| # | | | | | |
|---|---|---|---|---|---|
| 6. | Minnesota State Bar | 5/23/10-5/25/10 | St. Paul, MN | Upper Midwest Employment Law Institute | airfare, lodging, meals |
| 7. | Iowa State Bar | 6/4/10-6/5/10 | Okoboji, IA | Lawyer's Chautauqua | mileage, lodging, meals |
| 8. | Iowa State Bar | 7/10/10 | Okoboji, IA | Summer Seminar | mileage, meals |
| 9. | ALJ Association | 9/12/10-9/13/10 | Des Moines, IA | ALJ CLE | mileage, lodging, meals |
| 10. | Massachusetts CLE, Inc./ ABOTA | 9/15/10-9/17/10 | Boston, MA | MCLA./ABOTA Trial Advocacy Program | airfare, lodging, meals |
| 11. | NLRB | 9/23/10-9/24/10 | Chicago, IL | NLRB Conference | airfare, lodging, meals |
| 12. | ACI | 9/29/10-9/30/10 | New York, NY | Mass Tort Products Liability Conference | airfare, lodging, meals |
| 13. | Baldwin/Mobile Bar | 12/2/10-12/5/10 | Mobile, AL | Baldwin/Mobile County Bench Bar Program | airfare, lodging, meals |
| 14. | Iowa State Bar | 12/16/10-12/17/10 | Des Moines, IA | Federal Practice Seminar | mileage. lodging, meals |
| 15. | Drake University School of Law | Spring Semester | Des Moines, IA | Co-Teaching law class | mileage, lodging, meals |
| 16. | | | | | |
| 17. | | | | | |
| 18. | | | | | |
| 19. | | | | | |
| 20. | | | | | |
| 21. | | | | | |
| 22. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, MARK W. | 5/12/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, MARK W. | 5/12/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Non-IRA (Fidelity) | | | | | | | | | |
| 2. ANTX | | None | J | T | | | | | |
| 3. Berkshire Hathaway | | None | J | T | | | | | |
| 4. FBR Focus Fund | | None | J | T | Buy (add'l) | 12/20/10 | J | | |
| 5. First Eagle Global Class C | A | Dividend | J | T | | | | | |
| 6. Harding Loevner Emerging Mkts | | None | J | T | Buy | 10/1/10 | J | | |
| 7. Invesco Intl. Small Co. | | None | J | T | | | | | |
| 8. Permanent Portfolio | A | Dividend | J | T | Buy | 10/01/10 | J | | |
| 9. | | | | | Buy (add'l) | 12/20/10 | J | | |
| 10. Pimco Total Return Class C | A | Dividend | | | Sold | 12/14/10 | J | D | |
| 11. Surebeam Corp. | | None | J | T | | | | | |
| 12. Vanguard Index FDS | A | Dividend | J | T | Buy (add'l) | 12/20/10 | J | | |
| 13. WasatchUltra Growth | | None | J | T | Buy | 12/15/10 | J | | |
| 14. | | | | | | | | | |
| 15. Rollover IRA (Fidelity) | | | | | | | | | |
| 16. Direxion Daily Emerging Markts Bull | | None | J | T | Buy | 10/06/10 | J | | |
| 17. Fidelity Cash Reserves | A | Dividend | J | T | Buy | 01/29/10 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, MARK W. | 5/12/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Fidelity Global Commodity Stock Fund | | None | | | Buy | 01/11/10 | J | | |
| 19. | | | | | Sold (part) | 03/30/10 | J | A | |
| 20. | | | | | Sold (part) | 08/06/10 | J | A | |
| 21. | | | | | Sold | 10/05/10 | J | D | |
| 22. Fidelity Real Estate Income | A | Dividend | J | T | Buy | 01/11/10 | J | | |
| 23. | | | | | Sold (part) | 03/30/10 | J | A | |
| 24. | | | | | Sold (part) | 06/23/10 | J | B | |
| 25. First Eagle Global Class C | | None | K | T | Buy | 01/08/10 | K | | |
| 26. | | | | | Sold (part) | 03/30/10 | J | A | |
| 27. | | | | | Sold (part) | 07/21/10 | J | B | |
| 28. | | | | | Buy (add'l) | 11/16/10 | J | | |
| 29. Goldman Sachs Satellite Port | A | Dividend | J | T | Buy | 03/01/10 | J | | |
| 30. | | | | | Sold (part) | 03/30/10 | J | A | |
| 31. | | | | | Buy (add'l) | 10/19/10 | J | | |
| 32. Ishares TR S&P 500/Growth Index Fund | A | Dividend | J | T | Buy | 04/05/10 | J | | |
| 33. | | | | | Sold (part) | 09/08/10 | J | B | |
| 34. | | | | | Sold (part) | 12/31/10 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, MARK W. | 5/12/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Iva Worldwide Fund | | None | K | T | Buy | 01/08/10 | K | | |
| 36. | | | | | Sold (part) | 03/30/10 | J | A | |
| 37. | | | | | Sold (part) | 07/29/10 | J | B | |
| 38. | | | | | Buy (add'l) | 10/19/10 | J | | |
| 39. Leuthold Global fund Retail Class | A | Dividend | J | T | Buy | 01/11/10 | J | | |
| 40. Metzler Payden Euro Emerging Markets | | None | J | T | Buy | 10/06/10 | J | | |
| 41. | | | | | Sold (part) | 03/30/10 | J | A | |
| 42. New Century Alter Strategies | A | Dividend | J | T | Buy | 01/08/10 | J | | |
| 43. | | | | | Sold (part) | 10/07/10 | J | D | |
| 44. Oakmark Equity & Income | | None | | | Buy | 01/11/10 | J | | |
| 45. | | | | | Sold (part) | 03/30/10 | J | A | |
| 46. | | | | | Buy (add'l) | 04/05/10 | J | | |
| 47. | | | | | Sold (part) | 11/02/10 | J | D | |
| 48. | | | | | Sold | 12/31/10 | J | D | |
| 49. Oakmark International Small Cap | A | Dividend | J | T | Buy | 01/08/10 | J | | |
| 50. | | | | | Sold (part) | 03/30/10 | J | A | |
| 51. Permanent Portfolio | | None | J | T | Buy | 11/16/10 | J | | |

1. Income Gain Codes:          A =$1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
   (See Columns B1 and D4)     F =$50,001 - $100,000     G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes:                J =$15,000 or less        K =$15,001 - $50,000      L =$50,001 - $100,000      M =$100,001 - $250,000
   (See Columns C1 and D3)     N =$250,001 - $500,000    O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                               P3 =$25,000,001 - $50,000,000                       P4 =More than $50,000,000
3. Value Method Codes          Q =Appraisal              R =Cost (Real Estate Only)  S =Assessment               T =Cash Market
   (See Column C2)             U =Book Value             V =Other                  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, MARK W. | 5/12/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. T. Rowe Price PERSNL Strategy Blanced | A | Dividend | J | T | Buy | 01/08/10 | J | | |
| 53. | | | | | Sold (part) | 03/30/10 | J | A | |
| 54. Wasatch Long/Short Fund | A | Dividend | J | T | Buy | 01/14/10 | J | | |
| 55. | | | | | Sold (part) | 03/30/10 | J | A | |
| 56. | | | | | Sold (part) | 10/08/10 | J | D | |
| 57. | | | | | Sold (part) | 12/07/10 | J | B | |
| 58. Wasatch Ultra Growth | | None | J | T | Buy | 10/08/10 | J | | |
| 59. | | | | | | | | | |
| 60. Miscellaneous Holdings | | | | | | | | | |
| 61. Iowa College Savings Account ▓ no control | | None | J | T | | | J | | |
| 62. Iowa College Savings Account ▓ no control | | None | J | T | | | J | | |
| 63. CKG ACCT; Fidelity, Boston MA | A | Interest | J | T | | | | | |
| 64. Wells Fargo Checking Account | A | Interest | J | T | | | | | |
| 65. Iowa/Nebraska State Bank Checking Account | A | Interest | J | T | | | J | | |
| 66. REINSURANCE AGREEMT; 1st Colony Life Ins. Co. | | None | N | W | | | | | |
| 67. Belcour Pension Invest V1 | | None | J | T | | | | | |
| 68. LMTD PTRSHIP; Riverfront Ass'n; Des Moines, | | None | J | W | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, MARK W. | 5/12/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. LMTD PTRSHIP-Shearson Senior Income Fund | | None | J | W | | | | | |
| 70. LMTD PTRSHIP-Shearson Coast Savings | | None | J | W | | | | | |
| 71. LMTD PTRSHIP-Caryle Real Estate | | None | J | W | | | | | |
| 72. RESIDENTIAL LOT; Sioux City, IA | | None | K | W | | | | | |
| 73. | | | | | | | | | |
| 74. IRA Fidelity | | | | | | | | | |
| 75. American Century Mid Cap | | None | J | T | Buy | 10/15/10 | J | | |
| 76. Berkshire Hathaway Inc DEL CL B | | None | K | T | Sold (part) | 08/06/10 | J | D | |
| 77. Boston Partners (Y) | | | | | | | | | |
| 78. Fidelity Global Balanced | | None | | | Sold (part) | 03/29/10 | J | C | |
| 79. | | | | | Sold | 12/28/10 | J | D | |
| 80. Fidelity Global Commodity Stock Fund | | None | J | T | Buy | 01/08/10 | J | | |
| 81. Fidelity Cash Reserves | A | Dividend | J | T | | | | | |
| 82. Fidelity Emerging Markets (X) | | None | | | Sold | 03/29/10 | J | D | |
| 83. Fidelity Real Estate Income | A | Dividend | J | T | Buy | 01/08/10 | J | | |
| 84. First Eagle Global Class C | | None | K | T | Sold (part) | 03/08/10 | J | C | |
| 85. | | | | | Buy (add'l) | 11/09/10 | J | | |

1. Income Gain Codes:        A =$1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
   (See Columns B1 and D4)    F =$50,001 - $100,000      G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes:               J =$15,000 or less         K =$15,001 - $50,000        L =$50,001 - $100,000          M =$100,001 - $250,000
   (See Columns C1 and D3)     N =$250,001 - $500,000     O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
                              P3 =$25,000,001 - $50,000,000                          P4 =More than $50,000,000
3. Value Method Codes:         Q =Appraisal              R =Cost (Real Estate Only)   S =Assessment                T =Cash Market
   (See Column C2)              U =Book Value             V =Other                     W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, MARK W. | 5/12/2011 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. FMI Large Cap Fund | | None | | | Buy | 03/31/10 | J | | |
| 87. | | | | | Sold | 10/05/10 | J | C | |
| 88. Goldman Sachs Satellite Port | | None | | | Buy | 10/04/10 | J | | |
| 89. | | | | | Sold | 12/28/10 | J | D | |
| 90. Harding Loevner Emerging MRKTS | | None | J | T | Buy | 08/09/10 | J | | |
| 91. ING International Real Estate | A | Dividend | | | Buy | 01/08/10 | J | | |
| 92. | | | | | Sold (part) | 08/08/10 | J | B | |
| 93. | | | | | Sold | 12/14/10 | J | C | |
| 94. Invesco International Small Co. CL | | None | J | T | Buy | 01/04/10 | J | | |
| 95. IShares TR | A | Dividend | | | Buy | 05/07/10 | J | | |
| 96. | | | | | Buy (add'l) | 05/21/10 | J | | |
| 97. | | | | | Buy (add'l) | 06/14/10 | J | | |
| 98. | | | | | Sold (part) | 10/26/10 | J | B | |
| 99. | | | | | Sold | 10/26/10 | J | C | |
| 100. IVA Worldwide Fund | | None | K | T | Buy (add'l) | 03/30/10 | J | | |
| 101. Market Vectors Gulf State Index ETF | | None | J | T | Sold (part) | 08/05/10 | J | A | |
| 102. | | | | | Sold (part) | 08/05/10 | J | B | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, MARK W. | 5/12/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. | | | | | Buy (add'l) | 10/06/10 | J | | |
| 104. Matthews China Fund | | None | J | T | | | | | |
| 105. Metzler Payden Euro Emerging Markets | | None | J | T | Buy | 10/06/10 | J | | |
| 106. New Century Alter Strategies | | None | J | T | | | | | |
| 107. Oakmark Equity & Income FD | | None | J | T | Buy (add'l) | 03/29/10 | J | | |
| 108. | | | | | Sold (part) | 12/14/10 | J | D | |
| 109. Permanent Portfolio | | None | K | T | Buy | 04/05/10 | J | | |
| 110. | | | | | Buy (add'l) | 09/02/10 | J | | |
| 111. | | | | | Buy (add'l) | 11/09/10 | J | | |
| 112. Pimco Total Return Class | A | Dividend | | | Sold | 01/07/10 | J | D | |
| 113. Proshares Ultra Gold | | None | | | Buy | 01/08/10 | J | | |
| 114. | | | | | Sold (part) | 03/29/10 | J | B | |
| 115. | | | | | Sold | 03/29/10 | J | A | |
| 116. Oppenheimer Gold & SPL Minerals | | None | | | Sold | 04/05/10 | J | D | |
| 117. Robeco Boston Prtners | | None | K | T | Buy (add'l) | 03/02/10 | J | | |
| 118. | | | | | Buy (add'l) | 03/09/10 | J | | |
| 119. | | | | | Buy (add'l) | 03/29/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, MARK W. | 5/12/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. T. Rowe Price | A | Dividend | J | T | Buy (add'l) | 03/17/10 | J | | |
| 121. United STS Natural Gas | | None | | | Sold | 03/29/10 | J | B | |
| 122. Vanguard Index FDS | | None | | | Sold | 01/21/10 | J | D | |
| 123. Vanguard Inflation | A | Dividend | J | T | Sold (part) | 03/08/10 | J | C | |
| 124. | | | | | Sold (part) | 03/17/10 | J | C | |
| 125. | | | | | Sold (part) | 03/29/10 | J | C | |
| 126. Wasatch 1st Source (Y) | | | | | | | | | |
| 127. Wasatch Hoisington US | | None | | | Sold | 03/29/10 | J | A | |
| 128. Wasatch Long/Short Fund (X) | | None | | | Sold | 10/07/10 | J | D | |
| 129. Wasatch Ultra Growth | | None | J | T | Buy | 12/31/10 | J | | |
| 130. | | | | | | | | | |
| 131. IRA Smith Barney ▓▓▓▓ | | | | | | | | | |
| 132. Blackrock Energy & Resources | | None | J | T | | | | | |
| 133. Blackrock Global Allocation Fund (X) | | None | J | T | | | | | |
| 134. Citibank NA South Dakota Bank Deposit Program (Y) | | | | | | | | | |
| 135. Dreyfus Liquid Assets, Inc. | | None | J | T | Redeemed (part) | 01/15/10 | J | | |
| 136. First Eagle Global Fund | | None | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, MARK W. | 5/12/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. First IND Realty Trust | A | Dividend | J | T | | | | | |
| 138. Franklin Income Advisor Class | A | Dividend | J | T | | | | | |
| 139. Franklin Income Fund Class C | A | Dividend | | | Merged (with line 138) | 03/22/10 | J | | |
| 140. Hartford Capital Appreciation Fund | | None | J | T | | | | | |
| 141. Ishares S&P U.S. Preferred Stock | A | Dividend | J | T | Buy (add'l) | 06/08/10 | J | | |
| 142. Ishares S&P 100 Index Fund | A | Dividend | J | T | Buy | 06/08/10 | J | | |
| 143. Ivy Asset Strategy Fund | | None | K | T | | | | | |
| 144. Ivy Global Natural Resources | | None | J | T | | | | | |
| 145. Lexington Realty Trust | A | Dividend | J | T | | | | | |
| 146. MFS Emerging Markets Deb Fund | A | Dividend | J | T | | | | | |
| 147. Oppenheimer Gold and Special Minderals Class C | | None | | | Sold | 03/25/10 | J | D | |
| 148. Permanent Portfolio | | None | J | T | Buy | 03/25/10 | J | | |
| 149. Templeton Global Bond Fund | A | Dividend | J | T | | | | | |
| 150. Vanguard Emerging Markets ETF | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Boston Partners (line 77) is referred to as Robeco Boston Partners in the 2010 report.

Fidelity Emerging Markets (line 82)) was inadvertantly noted as completely sold in 2009. It was not completely sold until 2010.

Wasatch 1st Source (line 126) was completely sold in 2009.

Wasatch Long/Short Fund (line 128) should have been included as purchased in 2009.

Blackrock Global Allocation Fund (line 133) was purchased on December 1, 2009, and inadvertantly left off the 2009 report.

The Citibank NA South Dakota Bank Deposit Program (line 134) was depleted in November of 2009.

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, MARK W. | 5/12/2011 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ MARK W. BENNETT**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544